IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUTCHINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:17-CV-112-WKW |
| | ) [WO] |
| SPECTRACARE HEALTH SYSTEMS, INC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On July 9, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 22.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 22) is ADOPTED and that Defendant's motion for summary judgment (Doc. # 17) is GRANTED.

Final judgment will be entered separately.

DONE this 27th day of July, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE